UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AARON GERST, DWAYNE JAYROE, RENITA LYNN RANSOM, PAMELA HOWIE, GERALD FRAZIER, DOUGLAS WASHINGTON, SMITH CHARMAYNE, MATTHEW D. SAMPSON, KENA M. WILLIAMS, JAMES BARROW and KENNETH KNIGHT,

      Plaintiffs,

v.                          Case No:  2:14-cv-201-FtM-38CM

HSBC BANK USA, N.A.,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Receiver's Report Concerning the Hoffman Law Group, and Request for Stay of Proceedings (Doc. #9) filed on August 18, 2014. Upon consideration, the Court finds staying this matter is appropriate.

Accordingly, it is now

**ORDERED:**

1. Receiver's Request for Stay of Proceedings (Doc. #9) is **GRANTED**. This matter is **STAYED** until further Court order.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2. Receiver, Mark J. Bernet, shall file a status report no later than **September 30, 2014**, as to whether this stay should be extended.

3. The Clerk is directed to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record