UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AARON GERST, DWAYNE JAYROE,
RENITA LYNN RANSOM, PAMELA
HOWIE, GERALD FRAZIER,
DOUGLAS WASHINGTON, SMITH
CHARMAYNE, MATTHEW D.
SAMPSON, KENA M. WILLIAMS,
JAMES BARROW and KENNETH
KNIGHT,

      Plaintiffs,

v.                              Case No:  2:14-cv-201-FtM-38CM

HSBC BANK USA, N.A.,

      Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on Receiver's Second Report Concerning the Hoffman Law Group, and Request to Continue Stay of Proceedings (Doc. #11) filed on September 30, 2014. Upon review, it appears the attorney for Plaintiffs in this case, Mark H. Hoffman of the Hoffman Law Group, PA, will not be able to proceed with the representation of Plaintiffs.

Accordingly, it is now

**ORDERED:**

1. This case remains **STAYED**.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2. This case will be dismissed, without prejudice, for failure to prosecute without further notice unless Plaintiffs obtain new counsel to represent them or declare their intention to proceed *pro se* by **October 30, 2014**.

3. The Clerk is directed to mail this Order to Plaintiffs at the following addresses:

    Aaron Gerst
    7855 Tanglewood Drive
    New Port Richey, Florida 34654

    Dwayne Jayroe
    50989 Highway 27, Lot #2
    Davenport, Florida 33897

    Renita Lynn Ransom
    2506 Elkhorn Drive
    Decatur, Georgia 30034

    Pamela Howie
    116 Bradwell Street
    Hinesville, Georgia 31313

    Gerald Frazier
    812 Rahn Street
    Rincon, Georgia 31326

    Douglas Washington
    2187 Longmont Drive
    Lawrenceville, Georgia 30044

    Smith Charmayne
    1512 Elana Drive
    McDonough, Georgia 30253

    Matthew D. Sampson
    3709 McCord Boulevard
    Tallahassee, Florida 32303

    Kena M. Williams
    504 Windy Ridge Drive
    Brandon, Mississippi 39042

James Barrow
101 East Beck Street
Big Sandy, Texas 75755

Kenneth Knight
2913 Wood Drive Northeast
Birmingham, Alabama 35215

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record