UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AARON GERST, DWAYNE JAYROE, RENITA LYNN RANSOM, PAMELA HOWIE, GERALD FRAZIER, DOUGLAS WASHINGTON, SMITH CHARMAYNE, MATTHEW D. SAMPSON, KENA M. WILLIAMS, JAMES BARROW and KENNETH KNIGHT,

    Plaintiffs,

v.                                             Case No: 2:14-cv-201-FtM-38CM

HSBC BANK USA, N.A.,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the docket. No plaintiff has filed a response to the Court's October 6, 2014 Order (Doc. #12) in which the Court indicated this case would be dismissed without further notice if plaintiffs did not seek new counsel or elect to proceed *pro se* and advise the Court of their decision by October 30, 2014.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

This case is **DISMISSED without prejudice** for failure to prosecute. The Clerk is directed to enter judgment and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of November, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record