UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARMAYNE SMITH,

    Plaintiff,

v.                                    Case No: 2:14-cv-201-FtM-38CM

HSBC BANK USA, N.A.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket. On December 22, 2014, the Court gave Plaintiff Charmayne Smith an extension of time to properly serve Defendant HSBC Bank USA, N.A. (See Doc. #20). The Court warned that failure to properly serve Defendant and timely file a return of service notification on the docket would result in this case being dismissed without prejudice for failure to prosecute. To date, Smith has not complied with the Court's order and has not served HSBC Bank.[2] As a result, the Court will dismiss this matter without prejudice for failure to prosecute. See Fed. R. Civ. P. 4(m); Link v. Washbash R. Co., 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.
[2] Smith, however, filed a "Memorandum in Support of Plaintiff's Motion for an Order Compelling Mediation." (See Doc. #21).

necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); see also Krinsk v. SunTrust Bank, No. 8:09-cv-00909-T-27MA, 2014 WL 202032, at *5 (M.D. Fla. Jan. 17, 2014) (dismissing a claim with prejudice for lack of prosecution and for failure to comply with a court order).

Accordingly, it is now

**ORDERED:**

1. With no remaining claims, this case is **DISMISSED without prejudice**.
2. The Clerk is directed to **CLOSE** the file and enter judgment accordingly. The Clerk is further directed to mail a copy of this Order to Plaintiff.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of March, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record